[No. 23188-3-II.   Division Two.   January 14, 2000.]

ROBERT D. LAYMON, ET AL., *Appellants*, v. THE DEPARTMENT OF NATURAL RESOURCES, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 97-2-00516-4, Christine A. Pomeroy, J., entered April 17, 1998. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, A.C.J., and Hunt, J. Now published at 99 Wn. App. 518.

[No. 23516-1-II.   Division Two.   January 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK G. BENNETT, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 97-1-00259-1, Kenneth D. Williams, J., entered June 17, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, C.J., and Houghton, J.

[No. 23701-6-II.   Division Two.   January 14, 2000.]

DIANE E. STOCKS, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 95-2-01301-0, F. Mark McCauley, J., entered July 7, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater, C.J., and Seinfeld, J.

[No. 23801-2-II.   Division Two.   January 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD EDWARD STEEN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 98-1-00509-7, Richard L. Brosey, J., entered September 21, 1998. *Reversed* by unpublished opinion per Armstrong, A.C.J., concurred in by Morgan and Seinfeld, JJ.